| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 73.147.61.98 | 49164 | [unknown Client] | 2016-10-02 02:35:48 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Lynchburg | Campbell |
| 2 | 71.62.13.139 | 50321 | [unknown Client] | 2016-10-02 03:19:44 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Charlottesville | Albemarle |
| 3 | 73.152.95.58 | 33096 | [unknown Client] | 2016-10-02 03:51:00 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Danville | Danville (city) |
| 4 | 50.134.2.168 | 57217 | [unknown Client] | 2016-10-02 06:45:36 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Martinsville | Martinsville (city) |
| 5 | 68.32.232.158 | 57954 | µTorrent 2.2.1 | 2016-10-02 06:55:53 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Abingdon | Washington |
| 6 | 73.147.58.252 | 6881 | libtorrent 1.1.0 | 2016-10-02 16:20:54 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Lynchburg | Campbell |
| 7 | 73.31.223.53 | 6881 | [unknown Client] | 2016-10-02 17:53:06 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Madison Heights | Amherst |
| 8 | 73.148.31.123 | 46041 | libtorrent 1.1.0 | 2016-10-02 18:12:00 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Lynchburg | Campbell |
| 9 | 73.147.99.252 | 6881 | libtorrent 1.1.0 | 2016-10-02 23:13:48 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Salem | Salem (city) |
| 10 | 71.197.2.125 | 6882 | [unknown Client] | 2016-10-02 23:39:16 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Blacksburg | Montgomery |
| 11 | 75.75.12.90 | 6881 | [unknown Client] | 2016-10-02 23:52:12 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A72300 | Comcast Cable | Virginia | Blue Ridge | Botetourt |